AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:15-CV-0232 (LEK/TWD)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bank of America__

was received by me on *(date)* __March 2, 2015__ .

☐ I personally served the summons on the individual at *(place)* ____
on *(date)* ____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____
____ , a person of suitable age and discretion who resides there,
on *(date)* ____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lynn Coates__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Bank of America__
on *(date)* __March 2015__ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify):*


My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __March 2015__

__[signature]__
Server's signature

__David M. Katz, Law Clerk__
Printed name and title

__917 Madison St. No. 2 Syracuse, NY 13202__
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset